

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Melanie Steele, Appellant

No. 06-19-00008-CV          v.

Murphy & Beane, Inc., and Viacom, Inc., Appellees

Appeal from the 250th District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-18-005640).   Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Melanie Steele, pay all costs of this appeal.

RENDERED JULY 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk